1  Jonah A. Grossbardt (State Bar No. 283584)
   **SRIPLAW**
2  1801 Century Park East
   Suite 1100
3  Los Angeles, CA  90067
   323.364.6565 – Telephone
4  561.404.4353 – Facsimile
   jonah.grossbardt@sriplaw.com
5
   Attorneys for Plaintiff
6  GREG KAHN

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10              **WESTERN DIVISION**

11 GREG KAHN,                        | Case No.:  2:20-cv-01192

12                        Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT**

13 v.                                | **Demand for Jury Trial**

14 BREITBART NEWS NETWORK, LLC,

15

16                        Defendant.

17          **COMPLAINT FOR COPYRIGHT INFRINGEMENT**
                    (INJUNCTIVE RELIEF DEMANDED)
18
   Plaintiff GREG KAHN by and through his undersigned counsel, brings this
19
   Complaint against Defendant BREITBART NEWS NETWORK, LLC for damages
20
   and injunctive relief, and in support thereof states as follows:
21

1

COMPLAINT FOR COPYRIGHT INFRINGEMENT
CASE NO.:  2:20-CV-01192

## SUMMARY OF THE ACTION

1. Plaintiff GREG KAHN ("Kahn") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Kahn's original copyrighted works of authorship.

2. Kahn is a Washington, DC based American documentary fine art photographer. He grew up in a small coastal town in Rhode Island, and attended The George Washington University in Washington D.C. In August of 2012, Kahn co-founded GRAIN Images. Kahn's work concentrates on issues that shape personal and cultural identity. His Pulitzer Prize nominated project, "It's Not a House, It's a Home," explores how the foreclosure crisis in Florida defined a new class of homelessness. His recent project in Cuba considers how governance molds individuality, and, in Kahn's ongoing project, 3 Millimeters, the quiet depletion of land is the catalyst for the evolution of the inhabitants' identity.

3. Defendant BREITBART NEWS NETWORK, LLC ("Breitbart") is a political, entertainment, human interest news website. At all times relevant herein, Breitbart owned and operated the website at the URL www.breitbart.com (the "Website").

4. Kahn alleges that Breitbart copied Kahn's copyrighted Work from the internet in order to advertise, market and promote its business activities. Breitbart committed the violations alleged in connection with Breitbart's business for purposes

of advertising and promoting sales to the public in the course and scope of Breitbart's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Breitbart is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. Breitbart News Network, LLC is a Delaware limited liability company with its principal place of business at 149 S. Barrington Ave., #735, Los Angeles, California, 90049, and can be served by serving its Registered Agent, EResidentAgent, Inc., 7801 Folsom Boulevard, Suite 202, Sacramento, California, 95826.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2018, Kahn created a photograph entitled "180418_GK_Bolivar270", which is shown below and referred to herein as the "Work".



11. Kahn registered the Work with the Register of Copyrights on June 28, 2018 and was assigned the registration number VA2-108-702. The Certificate of Registration is attached hereto as Exhibit 1.

12. At all relevant times Kahn was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY DEFENDANT**

13. Breitbart has never been licensed to use the Work at issue in this action for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, Breitbart copied the Work.

15. Breitbart copied Kahn's copyrighted Work without Kahn's permission.

16. After Breitbart copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its entertainment and news website.

17. Breitbart copied and distributed Kahn's copyrighted Work in connection with Breitbart's business for purposes of advertising and promoting Breitbart's business, and in the course and scope of advertising and selling products and services.

18. Kahn's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

19. Breitbart committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

20. Kahn never gave Breitbart permission or authority to copy, distribute or display the Work at issue in this case.

21. Kahn notified Breitbart of the allegations set forth herein on September 16, 2019 and October 1, 2019. To date, the parties have failed to resolve this dispute.

## COUNT I
## COPYRIGHT INFRINGEMENT

22. Plaintiff incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Kahn owns a valid copyright in the Work at issue in this case.

24. Kahn registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. Breitbart copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Kahn's authorization in violation of 17 U.S.C. § 501.

26. Breitbart performed the acts alleged in the course and scope of its business activities.

27. Breitbart's acts were willful.

28. Kahn has been damaged.

29. The harm caused to Kahn has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Breitbart News Network, LLC that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504.

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: February 6, 2020 Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
**SRIPLAW**
Attorneys for Plaintiff Greg Kahn